

Shauna M. DeLuca, Esq.
450 Seventh Avenue, Suite 1901
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
sdeluca@hasbanilight.com

June 19, 2026


**VIA ECF**
Magistrate Judge Robert M. Levy
United States District Court, EDNY
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> RE:      *Article 13, LLC v. Lisa Marie Abbott, et al.*
> Case No.:      **1:21-cv-00436-EK-RML**

Dear Judge Levy,

Plaintiff Article 13, LLC ("Plaintiff"), by and through its undersigned counsel, respectfully submits this letter in opposition to Defendant Van Buren Group, Inc.'s ("Defendant") request for an extension of time to oppose Plaintiff's Motion for Summary Judgment. *See,* ECF Dkt. No. 111.

As an initial matter, Defendant's request appears to be improperly made to Your Honor. Plaintiff's Motion for Summary Judgment is a dispositive motion presently before Judge Komitee pursuant to the briefing schedule set forth in the Court's April 17, 2026 Order. Accordingly, any request seeking to modify that briefing schedule should be directed to Judge Komitee, who issued the scheduling order and before whom the motion is pending.

Even if the request were properly before Your Honor, Defendant has failed to comply with the applicable procedural requirements governing requests for extensions of time. Judge Komitee's Individual Rules expressly provide that requests for extensions "**must** be made **at least three business days** prior to the scheduled deadline." *See,* Judge Komitee's Individual Practice Rule I(C). Defendant did not seek relief until the same day its opposition papers were due. Furthermore, because the requested extension would necessarily impact Plaintiff's deadline to serve and file its reply papers, Defendant was required to submit a proposed revised scheduling order. Defendant failed to do so.

Most significantly, Defendant has failed to articulate any basis whatsoever constituting good cause for the requested extension. Defendant has been on notice of the Court's briefing schedule for more than two months and has been in possession of Plaintiff's Motion for Summary Judgment for more than one month. Despite this ample opportunity to prepare its opposition, Defendant



Shauna M. DeLuca, Esq.
450 Seventh Avenue, Suite 1901
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
sdeluca@hasbanilight.com

offers no explanation for why it cannot (and failed to ) comply with the Court's deadline, identifies no unforeseen circumstances, and provides no justification warranting modification of the Court's scheduling order.

Nor can Defendant credibly contend that the requested extension is without prejudice. This foreclosure action has been pending since 2021. Throughout the litigation, Plaintiff has diligently prosecuted its claims and complied with the Court's deadlines. The progress of this matter has already been significantly delayed by extensive motion practice and discovery disputes. Granting an unsupported extension of the briefing schedule would further delay resolution of Plaintiff's pending Motion and the ultimate adjudication of this long-pending action.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendant's request and proceed with consideration of Plaintiff's Motion for Summary Judgment pursuant to the existing briefing schedule. We appreciate the Court's time and attention to this matter.

Respectfully,

*/s/ Shauna M. DeLuca*
Shauna M. DeLuca, Esq.


cc:      All Counsel of Record